UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOBBY BAKER, *et al.*,

    Plaintiffs,

v.                                          CASE NO. 3:11-cv-00025-J-20JBT

H&P CAPITAL, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*.

On February 4, 2011, Steven R. Dunn, Esquire, appearing on behalf of Defendant, H&P Capital, Inc., submitted a Special Admission Attorney Certification Form and $10.00 special admission fee. The Court notes, however, that Mr. Dunn has not filed a motion for admission *pro hac vice* containing the information required under Local Rule 2.02, including the following: (1) that he is a member in good standing of the bar of any District Court of the United States and identify such district(s); (2) the number of times he has appeared in state and federal courts in Florida in the last three years; and (3) a written designation and consent-to-act.

Accordingly, it is **ORDERED**:

**On or before March 1, 2011**, Mr. Dunn, attorney for Defendant, shall either (1) file a motion to withdraw as counsel for Defendant, or (2) file a motion containing the information required under Local Rule 2.02.

**DONE AND ORDERED** at Jacksonville, Florida, on February 15, 2011.

*Joel B. Toomey*
———————————————
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record