UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOBBY BAKER, et al,

    Plaintiffs,

v.                                          Case No. 3:11-cv-25-J-20JBT

H & P CAPITAL, INC.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

This matter is before the Court on a status review. On January 24, 2011, this Court entered a Notice of Designation and Deadline for Filing of Case Management Report (Doc. #11). This Order states that the parties shall meet within 60 days after service of the complaint on the Defendant(s), or the first appearance of any Defendant, and file the Case Management Report within 14 days of the meeting. Plaintiff has failed to file a joint Case Management Report as required by Local Rule 3.05.

Notwithstanding the Magistrate Judge's Order of April 11, 2011 (Doc #19) allowing the parties to conduct a telephonic case management conference, Plaintiff is **ordered to SHOW CAUSE within fourteen (14) days** from the date of this Order why this case should not be dismissed for Plaintiff's failure to file a joint Case Management Report **as ordered** and otherwise prosecute this action pursuant to Local Rule 3.10.

**DONE AND ORDERED** at Jacksonville, Florida, this /2_/ day of April, 2011.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:    Adam Knight, Esq.
                  Erin Novak, Esq.
                  Mark Mailman, Esq.
                  Michael Navalkowsky, Esq.
                  Steven Dunn, Esq.
                  Dale Workman, Esq.