UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOBBY BAKER, et al,

        Plaintiffs,

v.                                        Case No. 3:11-cv-25-J-20JBT

H & P CAPITAL, INC.,

        Defendant.
_____/

## ORDER

This case is before the Court *sua sponte*. On April 12, 2011, this Court entered an Order (Dkt. #20) directing the Plaintiff to show cause as to why this case should not be dismissed for failure to file a Case Management Report. On April 25, 2011, Plaintiff filed its Response to the Court's Order to Show Cause (Dkt #21) and its Case Management Report (Dkt #22). Accordingly, it is hereby

**ORDERED** that this Court's Order to Show Cause (Dkt #20) is hereby **DISCHARGED**.

**DONE AND ORDERED**, at Jacksonville, Florida, this 23rd day of May, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:    Adam Knight, Esq.
                Erin Novak, Esq.
                Mark Mailman, Esq.
                Michael Navalkowsky, Esq.
                Steven Dunn, Esq.
                Dale Workman, Esq.