UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOBBY BAKER, et al.,
Plaintiffs,

v.  Case No. 3:11-cv-25-J-20JBT

H & P CAPITAL, INC.,
Defendant.
_____/

## ORDER

This matter is before this Court on Plaintiffs' Notice of Settlement (Dkt. 50). Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within one hundred and twenty (120) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 24th day of April, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Adam J. Knight, Esq.
Erin A. Novak, Esq.
Steven R. Dunn, Esq.
Dale E. Workman, Esq.